In the Matter of RUSSELL HOLDER, Appellant, v ANTHONY ANNUCCI, Acting Commissioner, New York State Depart-

ment of Corrections and Community Supervision, Respondent. [51 NYS3d 475]—Appeal from a judgment of the Supreme Court, Wyoming County (Michael M. Mohun, A.J.), entered January 20, 2016 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs as moot (*see Matter of Sanchez v Evans*, 111 AD3d 1315 [2013]). Present—Smith, J.P., Peradotto, DeJoseph, NeMoyer and Curran, JJ.